In the Matter of GEORGE MEHLMAN, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.

Second Department, November 10, 1980

### APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr. (Leslie S. Evans* of counsel), for petitioner.

### OPINION OF THE COURT

*Per Curiam.*

The respondent was admitted to practice by the Appellate Division, First Judicial Department, on December 12, 1938.

On July 24, 1980 the respondent entered a plea of guilty, in the Supreme Court, New York County, to two counts of attempted grand larceny in the second degree, a class E felony (see Penal Law, §§ 155.35, 110.05).

Pursuant to subdivision 4 of section 90 of the Judiciary Law,

the respondent ceased to be an attorney and counselor at law in this State upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The clerk of this court is directed to strike the respondent's name from the roll of attorneys and counselors at law forthwith.

MOLLEN, P. J., HOPKINS, DAMIANI, TITONE and LAZER, JJ., concur.